UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 21-cr-442 (CJN) |
| v. : | |
| : | |
| EVGENY VIKTOROVICH GLADKIKH, : | **FILED UNDER SEAL** |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S MOTION TO UNSEAL

COMES NOW, the United States of America, by and through the United States Attorney for the District of Columbia, and respectfully moves to unseal the above-captioned case. In support whereof, the government respectfully states:

1. On June 29, 2021, an Indictment and arrest warrant were filed under seal in this District charging the Defendant with Conspiracy To Cause Damage to an Energy Facility, in violation of 18 U.S.C. § 1366(a); Attempt To Cause Damage to an Energy Facility, in violation of 18 U.S.C. § 1366(a); and Conspiracy To Access Protected Computers and Obtain Information and To Intentionally Damage Protected Computers by Knowing Transmission, in violation of 18 U.S.C. §§ 371 and 1030(a)(2)(C), (a)(5)(C), (c)(2)(B)(ii), and (c)(4)(B).

2. On the same date, Magistrate Judge Faruqui issued a limited sealing order, providing for sealing of the Indictment, bench warrant, as well as all other pleadings, warrants, records, and files in this case.

3. The government intends to publicly announce the Indictment in this case, in coordination with the announcement of indictments in the District of Kansas as well as other actions by U.S. federal departments and agencies. In addition, the government is in the process of

coordinating with victims and other affected entities in the United States and abroad about the unsealing of the Indictment in this case. The target date for such announcement in this case and coordinated actions described above is the morning of March 24, 2022.

4.      Given such public announcement, as of the target date on the morning of March 24, 2022, the circumstances requiring sealing will no longer exist.

WHEREFORE, for all the foregoing reasons, the United States of America respectfully requests that the Court issue an Order unsealing the Indictment, bench warrant, as well as all other pleadings, warrants, records, and files in this case, as of 12:00 noon on March 24, 2022. A proposed Order is submitted herewith.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar Number 481052

By: */s/ Christopher B. Brown*
    Christopher B. Brown
    Assistant United States Attorney
    D.C. Bar Number 1008763
    United States Attorney's Office
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    Telephone: 202-252-7153
    Email: Christopher.Brown6@usdoj.gov